UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| John L. Johnson | ) | Case No.: 16-46802 |
| Donyel Y. Johnson, | ) | |
|     Debtor(s). | ) | Hearing Date: |
| | ) | Hearing Time: |
| | ) | Hearing Location: |

CHAPTER 13 PLAN

**PAYMENTS. Debtor is to pay to the Chapter 13 Trustee the sum of the following amounts: (complete one of the following payment options)**

    $750.00 per month for 60 months.

    A total of $_____ through _____, then $_____ per month for _____ months beginning with the payment due in _____, 20____.

In addition, Debtor shall pay to the Trustee, and the plan base shall be increased by the following:

(1) <u>Tax Refund.</u> Debtor shall send any tax refund received during the pendency of the Chapter 13 case to the Trustee; however, Debtor may retain a portion of a tax refund to pay income taxes owed to any taxing authority for the same period as the refund. Debtor may also retain $1,250 for single filers or $1,500 for joint filers and refundable tax credits consisting of Earned Income Credit (EIC) and Additional Child Tax Credit each year. (2) <u>Employee Bonuses.</u> Debtor shall send fifty percent of any employee bonus or other distribution paid or payable to Debtor during the term of the plan. (3) <u>Additional Lump Sums.</u> Debtor shall send additional lump sums(s) consisting of _____, if any, to be paid to the Trustee.

**DISBURSEMENTS. Creditors shall be paid in the following order and in the following fashion. Unless stated otherwise, the Chapter 13 Trustee will make the payments to creditors. All disbursements by the Trustee to be made pro-rata by class, except per month disbursements described below. However, if there are funds available after payment of equal monthly payments in paragraph 5 and fees in paragraph 6, those funds shall be distributed again to those same paragraphs until paid in full before distributing to the next highest paragraphs:**

1. **Trustee and Court Fees.** Pay Trustee a percentage fee as allowed by law and pay filing fees if the Court enters an order providing for filing fees to be paid in the Chapter 13 plan.

(L.F. 13 Rev. 5/2015)

1

2. **Executory Contract/Lease Arrearages**. Trustee to cure pre-petition arrearage on any executory contract accepted in paragraphs 3(A or B) over the following period, estimated as follows:

| CREDITOR NAME | TOTAL AMOUNT DUE | CURE PERIOD |
|---|---|---|

3. Pay sub-paragraphs concurrently:

   (A) **Post-petition real property lease payments.** Debtor assumes executory contract for real property with the following creditor(s) and proposes to maintain payments in accordance with terms of the original contract as follows:

   | CREDITOR NAME | MONTHLY PAYMENT | BY DEBTOR/TRUSTEE |
   |---|---|---|

   (B) **Post-petition personal property lease payments**. Debtor assumes executory contract for personal property with the following creditor(s) and proposes to maintain payments in accordance with terms of the original contract as follows:

   | CREDITOR NAME | MONTHLY PAYMENT | EST MONTHS REMAINING |
   |---|---|---|

   (C) **Continuing Debt Payments (including post-petition mortgage payments on real estate other than Debtor's residence )** Maintain payments of the following continuing debt(s) in accordance with terms of the original contract with any arrearages owed at the time of filing to be cured in paragraph 9A below.

   | CREDITOR NAME | MONTHLY PAYMENT |
   |---|---|
   | Sallie Mae on behalf of Dept of Education | $50.00 |
   | Sallie Mae, Inc. on behalf of USA Funds | $50.00 |

   (D) **Post-petition mortgage payments on Debtor's residence.** Payments due post-filing on debt(s) secured by lien(s) on Debtor(s) residence to be at the monthly amount listed below (or as adjusted by creditor under terms of loan agreement) to:

   | CREDITOR NAME | MONTHLY PAYMENT | BY DEBTOR/TRUSTEE |
   |---|---|---|
   | Nationstar Mortgage, LLC | $1,500.00 | Debtor |

   (E) **DSO Claims in equal installments.** Pay any pre-petition domestic support obligation arrears (not provided for elsewhere in this plan) in full in equal monthly installments over the life of the plan, estimated as:

   | CREDITOR NAME | TOTAL AMOUNT DUE | INTEREST RATE |
   |---|---|---|

4. **Attorney Fees**. Pay Debtor's attorney $_____ in equal monthly payments over 12 months. Any additional fees allowed by the Court shall be paid pursuant to paragraph 6 below. [See the Local Rules for limitations on use of this paragraph]

(L.F. 13 Rev. 5/2015)

2

5. Pay sub-paragraphs concurrently:

   (A) **Pre-petition arrears on secured claims paid in paragraph 3**. Pay pre-petition arrearage on debts paid under paragraphs 3 (C) or (D) in equal monthly installments over the period set forth below and with the interest rate identified below, estimated as follows:

   | CREDITOR NAME | TOTAL AMOUNT DUE | CURE PERIOD | INTEREST RATE |
   |---|---|---|---|
   | Nationstar Mortgage, LLC | $2,000.00 | 48 Months | 0.00% |

   (B) **Secured claims to be paid in full.** The following claims shall be paid in full in equal monthly payments over the period set forth below with 5.00% interest.

   | CREDITOR | Est Balance Due | Repay Period | Total W/Interest |
   |---|---|---|---|
   |  |  | 60 Months |  |

   (C) **Secured claims subject to modification.** Pay all other secured claims the fair market value of the collateral, as of the date the petition was filed, in equal monthly payments over the period set forth below with 5.00% interest and with any balance of the debt to be paid as non-priority unsecured debt under paragraph 9 (A), estimated as set forth below:

   | Creditor | Balance Due | FMV | Repay Period | Total w/Interest |
   |---|---|---|---|---|
   | Wells Fargo Dealer Service | $ 3,000.00 | $5,000.00 | 36 months | $2,487.24 |
   | First Community Credit Union | $2,100.00 | $3,000.00 | 36 Months | $2,265.84 |
   | First Community Credit Union | $200.00 | $250.00 | 36 Months | $205.44 |

   (D) **Co-debtor guaranteed debt paid in equal monthly installments**. The following co-debtor guaranteed claims(s) to be paid by Trustee or by the co-debtor as noted below. If paid by Trustee, pay claim in equal monthly installments over the period set forth below and with interest as identified below.

   | CREDITOR | EST BALANCE | TRUSTEE/CO-DEBTOR | PERIOD | INTEREST RATE |
   |---|---|---|---|---|
   |  |  |  |  |  |

   (E) Pay any post-petition fees and costs as identified in a notice filed per Federal Rule of Bankruptcy Procedure 3002.1 as a supplement to an allowed claim or any other post-petition fees and costs which the Court allows and orders the Trustee to pay. Any such amounts shall be paid in equal monthly payments over the remainder of the plan duration and shall not receive interest.

6. Pay $2,055.00 of debtor's attorney's fees and any additional attorney fees allowed by the Court.

7. Pay sub-paragraphs concurrently:

   (A) **Unsecured Co-debtor guaranteed claims**. The following unsecured co-debtor guaranteed debt to be paid by Trustee or by the co-debtor as noted below. If paid by Trustee, pay claim in full with interest rate as identified below.

   | CREDITOR NAME | EST TOTAL DUE | TRUSTEE/CO-DEBTOR | INTEREST RATE |
   |---|---|---|---|

(L.F. 13 Rev. 5/2015)

(B) **Assigned DSO Claims**. Domestic support obligation arrearages assigned to, or recoverable by, a governmental unit, to be paid a fixed amount with the balance to be owed by the Debtor(s) after completion of the Plan, pursuant to § § 507(a)(1)(B) and 1322(a)(4). Regular payments that become due after filing shall be paid **directly** by Debtor(s).

| CREDITOR | TOTAL DUE | TOTAL AMOUNT PAID BY TRUSTEE |
|---|---|---|
| | | (100% or lesser dollar amount enumerated here) |

8. **Priority Claims.** Pay the following priority claims allowed under 11U.S.C. section 507 in full, estimated as follows:

| CREDITOR NAME | TOTAL AMOUNT DUE |
|---|---|
| Internal Revenue Service | $ 8,000.00 |
| Missouri Department of Revenue | $ 402.00 |

9. Pay the following sub-paragraphs concurrently:

(A) **General Unsecured Claims**. Pay non-priority, unsecured creditors. Estimated total owed: $40,824.28. Amount required to be paid to non-priority unsecured creditors as determined by 1325(a)(4) hypothetical Chapter 7 liquidation calculation: $0.00. Amount required to be paid to non-priority unsecured creditors as determined by 1325(b) calculation: $0.00. Debtor guarantees a minimum of $0.00 (Dollar amount or 100%) will be paid to non-priority unsecured creditors.

(B) **Surrender of Collateral**. Debtor proposes to surrender the following collateral to the following creditor(s) with any deficiency paid as non-priority unsecured debt:

| CREDITOR | COLLATERAL |
|---|---|
| | |

(C) **Rejected Executory Contracts/Leases.** Debtor rejects the following executory contract(s) with the following creditor(s). Any balance to be paid as non-priority unsecured debt.:

| CREDITOR | CONTRACT/LEASE |
|---|---|
| | |

10. Other:

11. All secured creditors shall retain the liens securing their claims until the earlier of the payment of the underlying debt determined under non-bankruptcy law or discharge under section 1328. However, the Debtor will request avoidance of non-purchase money liens secured by consumer goods as well as judicial liens which impair exemptions and said creditors will not retain their liens if the Court enters an order granting the Debtor's request to avoid the liens.

12. Any pledged credit union shares or certificates of deposit held by any bank shall be applied to the amount owed such Claimant.

13. Title to Debtor's property to re-vest in Debtor upon confirmation. Debtor is not to incur further credit or debt without the consent of the Court unless necessary for the

(L.F. 13 Rev. 5/2015)

4

protection of life, health or property and consent cannot be obtained readily.  Within fourteen days of filing federal and state income tax returns, Debtor shall provide a copy of each return to the Chapter 13 Trustee.

14. Any post-petition claims filed and allowed under 11 U.S.C. § 1305 may be paid through the plan.

CREDITOR'S NOTICE: YOU MUST FILE A CLAIM IN ORDER TO PARTICIPATE IN DISBURSEMENTS PROPOSED HEREIN. CLAIMS SHALL SHARE ONLY IN FUNDS DISBURSED AFTER THE CHAPTER 13 TRUSTEE RECEIVES THE CLAIM.  IN COMPLIANCE WITH ORDER OF THE COURT, ABSENT A SPECIFIC ORDER OF THE COURT TO THE CONTRARY, THE CHAPTER 13 TRUSTEE, RATHER THAN THE DEBTOR, WILL MAKE ALL PRE-CONFIRMATION DISBURSEMENTS PURSUANT TO § 1326(a).  ALL CREDITORS ENTITLED TO PRE-CONFIRMATION DISBURSEMENTS, INCLUDING LEASE CREDITORS, MUST FILE A PROOF OF CLAIM TO BE ENTITLED TO RECEIVE SUCH PAYMENTS FROM THE CHAPTER 13 TRUSTEE. PURSUANT TO LOCAL RULE, THE PROOF OF CLAIM SHALL CONTROL THE VALUATION OF COLLATERAL AND ANY VALUATION STATED IN THE PLAN SHALL NOT BE BINDING ON THE CREDITOR.  THE TRUSTEE, IN HIS SOLE DISCRETION, MAY DETERMINE TO RESERVE FUNDS FOR PAYMENT TO ANY CREDITOR SECURED BY A MORTGAGE ON REAL ESTATE PENDING FILING OF A CLAIM.

DATE:9/20/2016			Debtor: /s/John L. Johnson_____
					      John L Johnson


DATE:9/20/2016			Debtor: /s/ Donyel Y. Johnson_____
					      Donyel Y Johnson


DATE:9/20/2016			  /s/ Marie Guerrier Allen_____
					Marie Guerrier Allen, #  42990 MO
					Attorney for debtor
					P. O. Box 411281
					St. Louis, MO  63141
					Email: allenmarie@sbcglobal.net
					Tel: (314) 872-1900;   Fax: (314) 872-1905


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Plan was mailed September 20, 2016 by placing same in the United States mail, first class, postage prepaid, addressed to the following:

John V. LaBarge, Jr.
P. O. Box 430908
St. Louis, MO  63143

```
Ace Cash Express
1231 Greenway Drive, Suite 700
Irving, TX 75038
```

(L.F. 13 Rev. 5/2015)

5

```
Advance America
2730 North HWY 67 North
Florissant, MO 63033

Advance America
6902 Olive Blvd
University City, MO 63031

Alcoa Billing Center
3429 Regal Drive
Alcoa, TN 37701

Americash Loans of Missouri
c/o: Americash Loans of Missouri, LLC
P O Box 184
Des Plaines, IL 60016

Cash Store
910 Giacone Drive
Benton, IL 62812

Cheswold (Ophrys) LLC
c/o: Weinstein & Riley PS
2001 Western Avenue, Suite 400
Seattle, WA 98121

CitiCards
P. O. Box 6500
Sioux Falls, SD 57117

CitiCards
701 E 60TH ST N
Sioux Falls, SD 57104

Collector of Revenue
41 S. Central Avenue
c/o Rich Robison
St. Louis, MO 63105

Discount Advantage
c/o: Credit Protection Depot
P. O. Box 3540
Silver Springs, NV 89429

First Community  Credit Union
P. O. Box 1030
Chesterfield, MO 63006-1030

First Community  Credit Union
17151 Chesterfield Airport Road
Chesterfield, MO 63005-1411

Genesis Financial Payment Services
3175 Commercial Avenue
Suite 201
Northbrook, IL 60062
```

```
Home Depot Credit Services
P. O. Box 790328
Saint Louis, MO 63179

Illinois Department of Revenue
P. O. Box 19035
Attn: Mark - Levy Unit
Springfield, IL 62794-9035

Internal Revenue Service
P. O. Box 7346
Centralized Insolvency - Small Bus.
Philadelphia, PA 19101-7346

Midwest Emergency Assoc-Fenton, LLC
P. O. Box 740023
Cincinnati, OH 45274-0023

Midwest Emergency Associates-DePaul, LLC
P O Box 637537
Cincinnati, OH 45263-7537

Missouri Department of Revenue
301 High Street, Room 670
P. O. Box 475
Jefferson City, MO 65105

Missouri Title Loans, Inc.
dba: Community Loans of America
12695 New Halls Ferry Road
Florissant, MO 63033

Nationstar Mortgage, LLC
Att: Customer Service
350 Highland Avenue
Lewisville, TX 75067

Nationstar Mortgage, LLC
Att: Customer Service
P. O. Box 619094
Dallas, TX 75261-9741

Oak Harbor Capital IV, LLC
c/o: Weinstein & Riley, PS
2001 Western Avenue, Suite 400
Seattle, WA 98121

PayDay One
P. O. Box 101842
Fort Worth, TX 76185

PayDay One
P. O. Box 101808
Fort Worth, TX 76185

Planet Cash
2660 N Hwy 67
Florissant, MO 63033
```

(L.F. 13 Rev. 5/2015)

7

```
Planet Cash
11821 Adie Road
Maryland Heights, MO 63043

Quantum3 Group, LLC
P. O. Box 788
Kirkland, WA 98083-0788

Quik Cash
12773 New Halls Ferry Road
Florissant, MO 63033

Quik Cash
Collections Dept.
10085 W. Florissant
Saint Louis, MO 63136

Sallie Mae on behalf of Dept of Educatio
c/o: Department of Education
P O Box 740351
Atlanta, GA 30374-0351

Sallie Mae, Inc. on behalf of USA Funds
Att: Bankruptcy Litigation Unit E3149
P O Box 9430
Wilkes-Barre, PA 18773-9430

Sears
P. O. Box 6282
Sioux Falls, SD 57117-6282

Sigma Solutions Loan
2180 South 1300 East, Suite 650
Salt Lake City, UT 84106

Speedy Cash
3527 N. Ridge Road
Wichita, KS 67205

Speedy Cash
3611 N. Ridge Road
Wichita, KS 67205-1214

Springleaf Financial Services
500 Northwest Plaza, Suite 12
Saint Ann, MO 63074

Sun Loan and Tax Services
9900 St. Chalres Rock Road
Saint Louis, MO 63114

Sun Loan Company
9000 St. Charles Rock Rd.
#085
Saint Louis, MO 63114
```

(L.F. 13 Rev. 5/2015)

```
Synchrony Bank
P. O. Box 965060
Att: Bankruptcy Dept
Orlando, FL 32896-5060

Wells Fargo Dealer Service
P. O. Box 19657
Irvine, CA 92623-9657

Wells Fargo Dealer Service
P. O. Box 1697
Winterville, NC 28590
```

                                                                                                                 /s/ Marie Guerrier Allen_____
                                                                                                                     Marie Guerrier Allen